IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. TONER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO INSURANCE COMPANY | : | No. 17-458 |

## **ORDER**

AND NOW, this 20th day of March, 2018, the "Motion for Summary Judgment of Defendant, GEICO Insurance Company" (doc. no. 14) is **GRANTED**.

BY THE COURT:

/s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United State Magistrate Judge